IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES E. McCREARY, #06115**                                                                    **PLAINTIFF**

v.                                                                    CIVIL NO. 1:19-cv-53-HSO-JCG

**STATE OF MISSISSIPPI, et al.**                                                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order Dismissing Plaintiff's Complaint issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action filed pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Court declines to exercise supplemental jurisdiction over the state-law claims and the state-law claims are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 10th day of July, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE